UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOUGLAS ROSE,<br><br>    Plaintiff,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-00279-MMD-CLB<br><br>ORDER |

The Court's screening order granted Plaintiff Douglas Rose leave to file an amended complaint by September 4, 2024, and deferred ruling on the application to proceed in forma pauperis ("IFP"). (ECF No. 17.) Shortly before the screening order, Rose filed motions seeking entry of clerk's default and summary judgment. (ECF Nos. 15, 16.) After entry of the screening order, Rose timely filed his first-amended complaint ("FAC") and a second IFP application. (ECF Nos. 19, 20.)

Rose is advised that his FAC will be screened in a separate order. Rose is reminded that he filed a complete IFP application in this action, which will be addressed in a separate order. (ECF Nos. 1, 8, and 17 at 11.) He is also reminded that motions seeking relief like default or summary judgment are premature. (ECF No. 17 at 10-11.)

It is therefore ordered that the application to proceed in forma pauperis (ECF No. 20) is denied without prejudice as incomplete and duplicative.

It is further ordered that the motions for clerk's default and summary judgment (ECF Nos. 15, 16) are denied without prejudice as premature.

DATED THIS 13th Day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE