UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOUGLAS ROSE,

    Plaintiff,

    v.

STATE OF NEVADA, et al.,

    Defendants.

Case No.: 3:24-cv-00279-MMD-CLB

**ORDER**

    Plaintiff Douglas Rose brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated in the custody of the Nevada Department of Corrections ("NDOC"). According to the NDOC inmate database, Plaintiff is no longer at the address listed with the Court, and his mail from the Court has been returned as undeliverable, noting that he's been paroled. (ECF No. 22).

    Plaintiff is advised that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Nev. LR IA 3-1. This requirement "includes moving to a new institution or being released on parole." (ECF No. 3 at 1). "The notification must include proof of service on each opposing party or the party's attorney." Nev. LR IA 3-1. And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

    It is therefore ordered that Plaintiff has **until March 17, 2025**, to file his updated address with the Court.

DATED: February 13, 2025

_____
UNITED STATES MAGISTRATE JUDGE